17



# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Case: 2:26-cv-13156
Assigned To : Murphy, Stephen J., III
Referral Judge: Grand, David R.
Assign. Date : 9/2/2026
Description: PRIS PRESTON V. SCHROEDER ET AL (DA)

Harvey Lee Preston

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

*(to be filled in by the Clerk's Office)*

Jury Trial: ☐ Yes ☐ No
*(check one)*

v.

warden Sarah Schroeder
ADW Jerry Hoolt
DW michelle wealton
ADW michael James

Et. Al

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

# Complaint for Violation of Civil Rights (Prisoner Complaint)

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

**In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.**

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Harvey Lee Preston

All other names by which you have been known:

______

______

ID Number: 235170

Current Institution: Marquette Branch Prison

Address: 1960 U.S. Hwy 41S
Marquette, michigan 49855

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: Sarah Schroeder

Job or Title (if known): Warden

Shield Number: ______

Employer: Marquette Branch Prison

Address: 1960 U.S. Hwy 41S
Marquette, michigan 49855

☑ Individual capacity ☑ Official capacity

Defendant No. 2

Name: Jerry Hoult
Job or Title (if known): assistant Deputy warden
Shield Number:
Employer: marquette Branch Prison
Address: 1960 U.S. Hwy 41S
Marquette, michigan 49855

☑ Individual capacity ☑ Official capacity

Defendant No. 3

Name: Michelle Wealton
Job or Title (if known): Deputy Warden
Shield Number:
Employer: marquette Branch Prison
Address: 1960 U.S. Hwy 41S
Marquette, michigan 49855

☑ Individual capacity ☑ Official capacity

Defendant No. 4

Name: Michael James
Job or Title (if known): assistant Deputy warden
Shield Number:
Employer: marquette Branch Prison
Address: 1960 U.S. Hwy 41.S
Marquette, michigan 49858

☑ Individual capacity ☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Constitutional Amendment 8th

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

IV. Statement of Claim

8-12-2026 - Current Date 8-24-2026

I have been food poisoned

Threaten by Security threat Groups.

I have a hit on my life by Security Threat Groups.

Administration has knowledge of these Concerns

Warden Sarah Schroeder

ADW Jerry Hoult

DW Michelle Wealton

ADW Michael James

RUM Thorrington

PC Rick Lard

Correctional officers C/O Koski, C/O Nelson, C/O Parker aide and assists Security Threat Groups through chemicals from health Service, ordering food poison from Marquette Branch Prison Kitchen.

I demand to be placed in Protective Custody I fear for my life and Safety. I have a hit on my life by the Security Threat Groups.

Stop the Poisoning and cruel and unusual punishment



Henry Lee Preston
02338170

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Each Defendant acted under the color of state or Local Law while acting like they where working their design positions.
Warden Sarah Schroeder
ADW Jerry Hoult
DW michelle Wealton
ADW michael James

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☑ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)* ____________________

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Marquette Branch Prison 6Am - 10pm
1960 U.S. 41 S. around the clock
Marquette, michigan 49855

C. What date and approximate time did the events giving rise to your claim(s) occur?

8-12-2026 To current date 8-24-2026
6Am - 10pm.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I have a hit on my life by Security Threat Groups. 8-12-2026 my arrival date at marquette Branch Prison I notified administration To current date 8-24-2026 administration has Knowledge of the Security Threat group Threats to Kill me and the Food poisoning and of Correctional officers C/O Koski, C/O Nelson, C/O Parker aiding and assisting Security Threat Groups through health Service / ordering food poison From marquette Branch Prison Kitchen. I Also notified Marquette Branch Prison Food Service Director, Chris Lutjens. I requested multiple requests For Protective Custody For the hit on my life. I Fear For my life and Safety. Knowledge of these Concerns
Warden Sarah Schroeder
ADW Jerry Hoult
DW michelle Wealton
ADW michael James,
RUM Thorrington
PC RickLard

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Kidney, Testicle, penis, stomach, chest
pains from poison
mental anguish

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I need Protective Custody issued by the Michigan Department of Corrections To a design Protective Custody Unit, Stop The Cruel and unusual punishment / Food posoning

(For Each defendant to pay 5 million dollars each,
Warden Sarah Schroeder
ADW Jerry Hoult
DW michelle Walton
ADW michael James,

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Marquette Branch Prison
1960 U.S. Hwy 41 S.
Marquette, Michigan 49855

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

Security Threat Group PD 04.04.113
Protective Custody
Cruel and unusual punishment
PD 03.03.130
PD 04.07.100 offender Meals
PD 02.03.107 Code of ethics

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

Marquette Branch Prison
1960 U.S. Hwy 41 S.
Marquette, Michigan 49855

2. What did you claim in your grievance?

Security Threat Groups PD04.04.113
Protective Custody
Cruel and unusual punishment
PD03.03.130
PD04.07.100 offender meals
PD02.03.107 Code of Ethics

3. What was the result, if any? Denied

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

wrote Grievance Coordinator
Quentin Bolton

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

wrote administration warden Sarah Schroe-
der
ADW Jerry Hoult
DW michelle Wealton
ADW Michael James
wrote Grievance Coordinator Quentin Bolton

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) ______________________

   Defendant(s) ______________________

2. Court *(if federal court, name the district; if state court, name the county and State)*

   ______________________

3. Docket or index number

   ______________________

4. Name of Judge assigned to your case

_______________________________________________

5. Approximate date of filing lawsuit

_______________________________________________

6. Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. ____________________

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

Plaintiff(s) _______________________________________

Defendant(s) _______________________________________

2. Court *(if federal court, name the district; if state court, name the county and State)*

3. Docket or index number

_______________________________________________

4. Name of Judge assigned to your case

_______________________________________________

5. Approximate date of filing lawsuit

_______________________________________________

6. Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. ____________________

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_______________________________________________

_______________________________________________

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8-24, 2026.

Signature of Plaintiff: Harry Lee Preston

Printed Name of Plaintiff: Harry Lee Preston

Prison Identification #: 235120

Prison Address: Marquette Branch Prison 1960 U.S. Hwy 41 S.

Marquette, Michigan 49855

City State Zip Code

**Additional Information:**

imminent danger Poison - Threats

Threats something that will happen or is likely To happen that can cause danger.

Poison meant to Kill cause death when consumed.

Placement on modified access does not prohibit an inmate from utilizing the Grievance process. See Walker v Mich Dep't of Corr. 128 F. App'x 441 445-47 (6th Cir. 2005); Corsetti v. McGinnis, 24 F. App'x 238, 241 (6th Cir. 2001).

Security Threat Groups has a hit on my life. Security Threat Groups TERRORIZE ME. I

Harvey Preston 236170
Marquette Branch Prison
1960 U.S. Hwy 41 S
Marquette, Michigan 49855

FIRST-CLASS
US POSTAGE PITNEY BOWES
ZIP 49855
02 7H
0006145690
$ 002.56⁰
AUG 26 2026

U.S. MARSHALS

United States District Court
231 W. Lafayette Blvd
Detroit, Michigan 48226

RECEIVED
SEP 02 2026
CLERK'S OFFICE
U.S. DISTRICT COURT